

Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
**44 South Broadway**
**14th Floor**
**White Plains NY  10601**
Tel 914 872-8060
Fax 914 946-1216

www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MONMOUTH COUNTY NJ | RALEIGH NC |
| ALBUQUERQUE NM | HARTFORD CT | MORRISTOWN NJ | RAPID CITY SD |
| ATLANTA GA | HONOLULU HI* | NEW ORLEANS LA | RICHMOND VA |
| AUSTIN TX | HOUSTON TX | NEW YORK NY | SACRAMENTO CA |
| BALTIMORE MD | INDIANAPOLIS IN | NORFOLK VA | SALT LAKE CITY UT |
| BIRMINGHAM AL | JACKSONVILLE FL | OMAHA NE | SAN DIEGO CA |
| BOSTON MA | KANSAS CITY REGION | ORANGE COUNTY CA | SAN FRANCISCO CA |
| CHICAGO IL | LAS VEGAS NV | ORLANDO FL | SAN JUAN PR |
| CINCINNATI OH | LONG ISLAND NY | PHILADELPHIA PA | SEATTLE WA |
| CLEVELAND OH | LOS ANGELES CA | PHOENIX AZ | ST. LOUIS MO |
| DALLAS TX | MADISON, WI | PITTSBURGH PA | STAMFORD CT |
| DAYTON OH | MEMPHIS TN | PORTLAND OR | TAMPA FL |
| DENVER CO | MIAMI FL | PORTSMOUTH NH | WASHINGTON DC REGION |
| DETROIT MI | MILWAUKEE WI | PROVIDENCE RI | WHITE PLAINS NY |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

June 27, 2018

**VIA ECF (COURTESY COPY BY MAIL)**
Hon. Roslynn R. Mauskopf
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:    *Rumain et al. v. The American Chemical Society*
              Case No.: 2:17-cv-02530-RRM-SMG

Dear Judge Mauskopf:

      The parties provide this status report jointly pursuant to Your Honor's June 13, 2018 Order.

      By Order dated April 6, 2018, this Court extended Defendant's time to answer until 21 days after this Court's order on any motion to dismiss, or until further order of the Court and directed the parties to appear for a pre-motion conference to discuss Defendant's anticipated motion to dismiss Plaintiff's Second Amended Complaint. The pre-motion conference concerning Defendant's motion to dismiss the Second Amended Complaint was originally scheduled for May 28, 2018, then it was adjourned to June 21, 2018 and ultimately adjourned *sine die*.  At this time, Defendant is awaiting a new date for the pre-motion conference.

      Plaintiff is finalizing the details of its preliminary conference three-page letter to the Court responding to Defendant's February 14, 2018 letter and will be filing it later today.

Case 2:17-cv-02530-RRM-SMG   Document 32   Filed 06/27/18   Page 2 of 2 PageID #: 232

Honorable Roslynn R. Mauskopf
United States District Judge
United States District Court
Eastern District of New York
June 27, 2018
Page 2

Respectfully submitted,

**FOR THE PLAINTIFF:**                     **FOR THE DEFENDANT:**

<u>*/s/ Joshua Fuld Nessen*</u>                    <u>/s/ *Joseph J. Lynett*</u>
Joshua Fuld Nessen, Esq.                   Joseph J. Lynett, Esq.
Michael Faillace & Associates, LLP         joseph.lynett@jacksonlewis.com
60 East 42nd Street, Suite 4510            Joseph J. DiPalma, Esq.
New York, NY 10165                         Joseph.dipalma@jacksonlewis.com
Telephone: 646-712-1920                    Jackson Lewis, P.C.
joshuanessen9@gmail.com                    44 South Broadway,14thFloor
                                           White Plains, NY10601
                                           Telephone: (914)872-8060
                                           Facsimile: (914)946-1216

4847-2988-2476, v. 1