UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ARNOLD SCHNEIDERMAN,

          Plaintiff,

                                      JUDGMENT
                                      17-CV-2530 (RRM) (TAM)

          -against-

THE AMERICAN CHEMICAL SOCIETY,

          Defendant.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Roslyn R. Mauskopf, United States District Judge, having been filed on September 30, 2021, granting defendant's motion to dismiss this action for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1); and dismissing this case without prejudice to refiling in state court; it is

      ORDERED and ADJUDGED that defendant's motion to dismiss this action for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) is granted; and that this case is dismissed without prejudice to refiling in state court.

Dated: Brooklyn, NY                                                 Douglas C. Palmer
       September 30, 2021                                       Clerk of Court

                                                                      By: */s/Jalitza Poveda*
                                                                            Deputy Clerk