# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of April, two thousand twenty-four.

Arnold Schneiderman, AKA Moshe Schneiderman,

    Plaintiff - Appellant,

Barbara Rumain,

    Plaintiff,

v.

The American Chemical Society,

    Defendant - Appellee.

**ORDER**

Docket Nos. 21-2737(L), 24-274(con)

    By order dated August 23, 2023, the Court held the appeal under docket number 21-2737 in abeyance pending Appellant's receipt of two letters which were stricken from the district court's docket. By letter dated April 4, 2024, the Appellant advised this Court that he had received the last letter. Additionally, in the interim, Appellant has filed a new appeal under docket number 24-274. Upon consideration thereof,

    IT IS HEREBY ORDERED that the appeal in docket number 21-2737 is lifted from abeyance and the two appeals are consolidated. Appellant's brief in the consolidated cases is due by June 7, 2024.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/05/2024